IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

**DWAYNE EDDIE WILLIAMS,**

    **Plaintiff,**

    v.

**DR. BRADLEY,** *et al.*,

    **Defendants.**

Civil Action No.
5:08-CV-209 (HL)

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation ("R&R") (Doc. 51), which recommends granting both Defendants Baxter's and Roper's Motion seeking dismissal (Doc. 16) and Defendant Dr. Bradley's Motion to Dismiss (Doc. 20). The Court has thoroughly considered Plaintiff's Objection and has made a *de novo* determination of the portions of the R&R to which Plaintiff objects. After careful consideration and *de novo* review of the R&R, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

**SO ORDERED**, this the 24th day of March, 2009.

                *s/ Hugh Lawson*
                **HUGH LAWSON, Judge**

dab