IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **DWAYNE EDDIE WILLIAMS,** : | |
| Plaintiff, : | |
| v. : | Civil Action No. |
| : | 5:08-CV-209(HL) |
| **DR. BRADLEY, et al.,** : | |
| Defendants. : | |

## ORDER

Before the Court is Plaintiff's Motions to Vacate (Docs. 68, 74, 77). For the reasons set forth in this Court's orders dated March 24, 2009[1] (Granting Defendants' Motion to Dismiss), Plaintiff's Motions are hereby DENIED.

**SO ORDERED**, this the 2nd day of July, 2009.

*s/ Hugh Lawson*
**HUGH LAWSON, Judge**

wjc

---

[1] This Court's order dated March 24, 2009, adopted the United States Magistrate Judge's Report and Recommendation, filed January 6, 2009 (Doc. 51).