IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| DWANE WILLIAMS, | : |
| Plaintiff, | : |
| v. | : Civil Action No.<br>: 5:08-cv-209 (HL) |
| DR. BRADLEY, et al., | : |
| Defendants. | : |

## ORDER

Before the Court is the Plaintiff's motion to consider (Doc. 99). The Plaintiff's motion is the most recent of many asking the Court to reconsider its ruling dismissing the Plaintiff's complaint. The Court of Appeals for the Eleventh Circuit dismissed the Plaintiff's appeal as frivolous (Doc. 105).

The Court has stated many times that the Plaintiff's case must be dismissed because it fails to state a claim against one defendant and because the case against the remaining defendants is barred by the doctrine of res judicata (Docs. 66 and 51). Although the Plaintiff is frustrated and disappointed with the Court's application of the law to his case, there is nothing that the Court can do to change the case's result.

Accordingly, the Plaintiff's motion to consider is denied. The Plaintiff is ordered to not file any other motions or papers in this case. If he does, the Court will consider imposing sanctions upon him or holding him in contempt of court.

**SO ORDERED**, this the 4th day of January, 2011.

*s/ Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**

lmc